**Order entered May 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00513-CV

### IN RE OMP DEVELOPMENT, LLC, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01265**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** relator's motion to stay as moot. We **ORDER** that relator bear the costs of this original proceeding.

/s/     JIM MOSELEY
        JUSTICE